✔ JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF THOMPSON MCNABB, | Case No.: 2:23-cv-10515-AS |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: March 22, 2024

/ s / Sagar
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE